KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Jeff J. Friedman
     and
525 West Monroe Street
Chicago, IL 60661
Kenneth J. Ottaviano
Paige B. Tinkham

*Counsel for Capital Funding, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:

22 Maple Street, LLC,                                Case No. 18-40816

              **Debtor.**                           **Chapter 11**
-----------------------------------------------------------------x
In re:

25 Oriol Drive, LLC,                                    Case No. 18-40817

              **Debtor.**                           **Chapter 11**
-----------------------------------------------------------------x
In re:

59 Coolidge Road, LLC,                             Case No. 18-40818

              **Debtor.**                           **Chapter 11**
-----------------------------------------------------------------x
In re:

20 Kinmonth Road, LLC,                           Case No. 18-40819

              **Debtor.**                           **Chapter 11**
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Paige Barr Tinkham, an attorney with the law firm of Katten Muchin Rosenman LLP, hereby provides notice of her appearance as counsel of record

for Capital Funding, LLC in the above-captioned matters, and requests electronic service of all notices, filings, pleadings, motions, orders and processes in these cases.

Dated: April 1, 2018                               Respectfully submitted;

By:  /s/ Paige B. Tinkham
Kenneth J. Ottaviano, (Admitted Pro Hac)
Paige B. Tinkham (Admitted Pro Hac)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
Kenneth.Ottaviano@kattenlaw.com
Paige.Tinkham@kattenlaw.com